```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```
LINDA DENISE FOLSOM,

        Plaintiff,

        -against-        16-cv-8068 (LAK)

EMPIRE INTERNATIONAL, LTD., et al.,

        Defendants.
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

    This action is dismissed for failure to prosecute.

    SO ORDERED.

Dated:    March 25, 2020

                                        /s/    Lewis A. Kaplan
                                      _____
                                                  Lewis A. Kaplan
                                            United States District Judge